# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133019

KELLY NELSON, as Personal Representative
of the ESTATE OF ERIC ROGER JOHNSON,
JR., Deceased,
              Plaintiff-Appellant,

v

WAYNE COUNTY, WAYNE COUNTY
SHERIFF, and ROBERT FICANO,
              Defendants-Appellees.

SC: 133019
COA: 270852
Wayne CC: 06-600518-NO

_____/

        On order of the Court, the application for leave to appeal the December 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

d0521